```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

**DANNY KOZIEL,**                       :
                                        :
      **Plaintiff**              :       No. 1:13-CV-02460
                                        :
  **vs.**                             :       (Judge Kane)
                                        :
**CAROLYN W. COLVIN, ACTING**           :
**COMMISSIONER OF SOCIAL**              :
**SECURITY,**                           :
                                        :
      **Defendant**              :

<u>**ORDER**</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Danny Koziel as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Danny Koziel disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                                           _s/Yvette Kane_
                                           Yvette Kane
                                           United States District Judge

Date: September 29, 2014